**IN THE UNITED STATES COURT OF APPEALS**
    **FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 21, 2011

No. 11-20303
Summary Calendar

Lyle W. Cayce
Clerk

YIGAL BOSCH,

Plaintiff-Appellant

v.

RONALD E. TIGNER; GREGORY S. HUDSON; COZEN O'CONNOR,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
C.A. No. 4:10-cv-1683

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

We AFFIRM the judgment of the district court for essentially the reasons stated in its memorandum opinion and order.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.